(84 South. 775)

BATTISTE v. STATE.   (1 Div. 353.)

(Court of Appeals of Alabama. Jan. 16, 1920.)

CRIMINAL LAW ⬤➾1094 — THERE BEING NO BILL OF EXCEPTIONS OR ERRORS IN RECORD, CONVICTION AFFIRMED.

Where there is no bill of exceptions, and the time for signing the same has expired, judgment of conviction will be affirmed; there being no error apparent of record.

Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

Dennis Battiste was convicted of burglary and grand larceny, and he appeals. Affirmed.

J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

MERRITT, J. The defendant was convicted for burglary and grand larceny and sentenced to imprisonment in the state penitentiary. There is no bill of exceptions in the record, and the time for signing the same has expired. There are no errors in the rec-

ord, and the judgment of conviction must be affirmed.

Affirmed.

---

(84 South. 785)

ABRAMS v. STATE.   (1 Div. 329.)

(Court of Appeals of Alabama. Jan. 16, 1920.)

CRIMINAL LAW ⬤➾1090(16)—IN ABSENCE OF BILL OF EXCEPTIONS, MOTION FOR NEW TRIAL WILL NOT BE REVIEWED.

Where there was no bill of exceptions and the time for presenting it had expired, a motion for new trial, although made, will not be reviewed.

Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

Warb Abrams was convicted of robbery, and he appeals. Affirmed.

J. C. Crouch, of Mobile, for appellant.

J. Q. Smith, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

MERRITT, J. The defendant was indicted in the circuit court of Mobile county for robbery, was convicted and sentenced to imprisonment in the state penitentiary for a term of 15 years. There is no bill of exceptions in the record, and the time for presenting the same has expired. Motion for new trial was made in this cause, but in the absence of a bill of exceptions will not be reviewed. Crawley v. State, 16 Ala. App. 545, 79 South. 804.

There are no errors in the record, and the judgment of conviction will be affirmed.

Affirmed.